UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| DAVID ERIC ROACH, | Civil No. 3:15-CV-02434-MC |
| Plaintiff, | |
| v. | ORDER FOR REMAND |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties it is hereby ORDERED that the above- captioned case be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including the following actions:

- The ALJ will conduct a new hearing, further develop the record as needed, and issue a new decision;

- The ALJ will reevaluate the medical evidence or record;

- The ALJ will reevaluate Plaintiff's credibility pursuant to SSR 16-3p;

- The ALJ will reevaluate Plaintiff's RFC and;

- The ALJ will reevaluate steps four and five of the sequential evaluation process with the assistance of a vocational expert, as necessary.

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

IT IS SO ORDERED this 7th day of Dec, 2016.

_____
UNITED STATES DISTRICT JUDGE

Page 1   ORDER - [3:15-CV-02434-MC]